PROB 22-DC
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** (Tran. Court): CR-99-0255-01

**DOCKET NUMBER** (Rec. Court): CR-06-68

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brian Kelley<br>234 East 93rd Street<br>Brooklyn, New York 11212 | District of Columbia | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE<br>Gladys Kessler | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8-23-04 — TO 8-22-07 |

**OFFENSE**

Conspiracy to Commit Bank Fraud, 18 U.S.C. § 371 & 1344

TOWNES, J.

GO, M.J.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Jan. 12, 2006
_Date_

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_

_United States District Judge_



**CR 06 68**

05-CR-887

MEMORANDUM
TO ROBERT C. HEINEMANN
U.S. DISTRICT COURT CLERK

TOWNES, J.
GO. M.J

RE: YOUNG, BRIAN
AKA: Kelley, Brian
PACTS: 42241
**REQUEST FOR JUDICIAL REASSIGNMENT**

On June 28, 1996, the defendant was sentenced in the Southern District of New York, by the Honorable Allen G. Schwartz, under docket number 93-CR-690, to 21 months custody, three years supervised release, and assessed $200. This sentenced followed a guilty jury verdict for Conspiracy to Commit Mail Fraud and Interstate Transportation of Stolen Vehicles, a violation of 18 USC 371; and three counts of Mail Fraud, violations of 18 USC 1341 and 2. The offender was also ordered to pay $50,000 restitution, payable at a rate of 15% of his gross monthly income.

It is noted on July 25, 1996, the offender reported to the U.S. Marshals Service for processing. At that time, he was directed to report to the Federal Correctional Institute at Allenwood, Pennsylvania on August 9, 1996. It was later determined that the offender never surrendered to the facility for service of the aforementioned sentence.

On October 14, 1999, the offender was sentenced in the District of Columbia, by the Honorable Gladys Kessler, under docket number 99-CR-255, to 18 months custody (to run consecutively to any sentence now being served), three years supervised release, and assessed $100, following his plea of guilty to Conspiracy to Commit Bank Fraud, a violation of 18 USC 371 and 1344. The offender was also ordered to participate in a drug treatment program.

On November 30, 2000, the offender was sentenced in the Southern District of New York, by the Honorable Allen G. Schwartz, under docket number 99-CR-1012, to 33 months custody (to run consecutive to the aforementioned cases), three years supervised release, and assessed $600. This sentenced followed his guilty plea to Failure to Appear and Wire Fraud, violations of 18 USC 3146(a)(2), and 18 USC 1343, respectively. The following special conditions were also imposed: full financial disclosure; no new credit charges or additional lines of credit, and $179,127 in restitution, payable at a rate of 10% of his gross income to begin 30 days after release.

As the offender is alleged to have violated the conditions of his release, jurisdiction for both Southern District of New York cases were transferred to the Honorable Sandra L. Townes on December 1, 2005. The Honorable Gladys Kessler, District of Columbia, has also agreed to transfer jurisdiction of this case to our district (see attached Probation Form 22). <u>As such, please assign this case to the Honorable Sandra L. Townes for consolidation purposes</u>. If United States District Judge Sandra L. Townes agrees to accept a Transfer of Jurisdiction by signing Part 2 (Order Accepting Jurisdiction), we will forward the original form to your office. The original

form should be returned to the District of Columbia, Clerk of the Court, who will send certified copies of the Indictment and the Judgement and Commitment Order to you.

Please contact Officer Weinrauch at (347) 534-3475, if you require further information regarding this matter.

                                                RESPECTFULLY SUBMITTED:

                                                TONY GAROPPOLO
                                                CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
                    Erin Weinrauch
                    U.S. Probation Officer

APPROVED BY: _____
                    Joseph Franco
                    Supervising U.S. Probation Officer

January 31, 2006